**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MENACHEM CHEIN on behalf of himself and all other similarly situated consumers<br><br>Plaintiff,<br><br>-against-<br><br>R.T.R. FINANCIAL SERVICES, INC.<br><br>Defendant. | Civil Action No: 1:17-cv-07183-DLI-CLP |

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Attorneys For Defendant RTR Financial Services, Inc. ("RTR" or "Defendant"), through its undersigned attorneys of record, for its Rule 7.1 Disclosure Statement, states: Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to allow judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant in the above-captioned matter certifies that RTR is a corporation, and there are no parents, affiliates, or subsidiaries of RTR which are publicly held.

Dated: February 14, 2018

                                                THE SALVO LAW FIRM, P.C.

                              By:    /s/ Cindy D. Salvo
                                                  CINDY D. SALVO

                                            185 Fairfield Ave, Suite 3C/3D
                                            West Caldwell, New Jersey 07006
                                            (973) 226-2220
                                            (973) 900-8800 (fax)
                                            *csalvo@salvolawfirm.com*
                                            Attorneys for Defendant
                                            RTR Financial Services, Inc.