UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

MENACHEM CHEIN on behalf of himself and
all other similarly situated consumers

                        Plaintiff,

      -against-

R.T.R. FINANCIAL SERVICES INC.

                        Defendant.
_____

Case No.

1:17-cv-07183-DLI-CLP

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
        March 13, 2018

 /s/ Maxim Maximov_____
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: West Caldwell, New Jersey
        March 13, 2018

 /s/ Cindy D. Salvo_____
Cindy D. Salvo, Esq.
The Salvo Law Firm, P.C.
Attorney for the Defendant
185 Fairfield Avenue, Suite 3C/3D
West Caldwell, New Jersey 07006
Office: (973) 226-2220
Fax: (973) 900-8800
E-mail: csalvo@salvolawfirm.com